2:13-cr-83-GZS

SCANNED

U S DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

MAY 21 2013

CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

**Synopsis**

| | |
|---|---|
| **Name:** | **Carole Orem-Hough Ph.D.** |
| **Address: (City & State Only)** | **South Portland, Maine** |
| **Year of Birth and Age:** | **1959, 53 years-old** |
| **Violations:** | **Health Care Fraud – 18 U.S.C. § 1347** |
| **Penalties:** | • **Maximum prison term of 10 years (18 U.S.C. § 1347)**<br>• **A fine of up to $250,000 (18 U.S.C. § 3571(b)(3))** |
| **Supervised Release:** | • **A term of supervised release of not more than 3 years (18 U.S.C. § 3583(b)(2) (Class C felony).** |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | • **2 years (18 U.S.C. § 3583(e)(3))** |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | • **3 year less any term of imprisonment that was imposed upon revocation of supervised release (18 U.S.C. § 3583(h)).** |
| **Defendant's Attorney:** | **G. Toby Dilworth, Esq.**<br>**Drummond Woodsum** |
| **Primary Investigative Agency and Case Agent Name:** | **FBI, S/A Claire Prescott** |
| **Detention Status:** | **Not in Custody** |
| **Foreign National:** | **No** |
| **Foreign Consular Notification Provided:** | **N/A** |
| **County:** | **Cumberland** |
| **AUSA:** | **James Chapman** |
| **Guidelines apply? Y/N** | **Yes** |
| **Victim Case:** | **Yes** |
| **Corporate Victims Owed Restitution:** | 1. **Aetna Life Insurance Company**<br>2. **Harvard Pilgrim Health Care**<br>3. **Anthem Health Plans of Maine, Inc.**<br>4. **Optum Health Behavioral Solutions** |
| **Assessments:** | **$100** |